Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4933 | **DATE** | 7/19/2002 |
| **CASE TITLE** | J. McBride, etc. vs. Tellabs, Inc., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing set for 9/11/02 at 9:00 A.M..

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum. In all events plaintiff's counsel shall file in this Court's chambers, not later that one week before the initial status date, a statement as to whether to counsel's knowledge any other action or actions asserting substantially the same claim or claims has or have been filed, either in this District Court or elsewhere, with the same information and documentation referred to in paragraph 2 as to any not-previously-disclosed action. Pretrial schedule on reverse of minute order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 22 2002 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 7/19/2002 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

## MEMORANDUM ORDER

This order is being entered shortly after the filing of the Complaint. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that process has been or is being served on such defendant.

There will be a status hearing--a "scheduling conference," as that term is used in attached Fed. R. Civ. P. ("Rule") 16(b) at 9:00 a.m. on September 11, 2002 (the "Status Hearing Date"). Counsel for plaintiff(s) and for each defendant that has been served with process or has appeared at least 28 days before that Status Hearing Date are ordered to meet not later than 14 days before the Status Hearing Date[1] to comply with the provisions of attached Rule 26(f) and this District Court's LR 26.1 (also attached). Counsel for the parties are urged to undertake serious settlement efforts before the scheduled Status Hearing when no major investment in counsel's time (and clients' money) has yet taken place. If such efforts are unsuccessful, counsel should be prepared at the Status Hearing to discuss briefly their proposed discovery plan and other subjects appropriate for inclusion in the scheduling order as referred to in Rule 16(b).

Instead of the scope of mandatory initial disclosure prescribed by Rule 26(a)(1) as amended effective December 1, 2000, each party is ordered to provide to other parties the broader categories of information that were prescribed in Rules 26(a)(1)(A) and (B) before such amendment (see copies attached).

---

[1] If any party is unrepresented by counsel, that party must comply with this order personally.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

J. McBRIDE, etc.,        )
                         )
           Plaintiff,    )
                         )
     v.                  )   No. 02 C 4993
                         )
TELLABS, INC., et al.,   )
                         )
           Defendants.   )

**DOCKETED**

JUL 2 2 2002

MEMORANDUM ORDER

This newly-filed putative class action, which charges defendants with violations of the Securities Exchange Act of 1934, has been assigned to this Court's calendar. In accordance with its regular practice, this Court is contemporaneously issuing its memorandum order that sets an initial status hearing date and prescribes certain procedures to be followed in advance of that hearing. This memorandum order is issued to supplement that customary order by addressing some matters unique to actions of this type:

   1. If plaintiff's counsel has already published the notice required under 15 U.S.C. §78u-4(a)(3)(A)(i), counsel is ordered to file copies of that notice in this Court's chambers forthwith. If such is not yet the case, the filing shall be made immediately after such publication.

   2. If plaintiff's counsel is, or hereafter becomes, aware of any comparable putative class action or actions having been filed earlier than this one, so that the



provisions of 15 U.S.C. §78u-4(a)(3)(A)(ii) are applicable, plaintiff's counsel shall forthwith file in this Court's chambers (a) a statement to that effect containing the relevant information as to each such action (case name and number and the court in which it has been filed), together with (b) a copy, if plaintiff's counsel possesses such documentation, of each such complaint and of any notice published under 15 U.S.C. §78u-4(a)(3)(A)(i) as to any such action.

3. In all events plaintiff's counsel shall file in this Court's chambers, not later than one week before the initial status date, a statement as to whether to counsel's knowledge any other action or actions asserting substantially the same claim or claims has or have been filed, either in this District Court or elsewhere, with the same information and documentation referred to in paragraph 2 as to any not-previously-disclosed action.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date: July 19, 2002